UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA YOO LEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 21-00578 (RBW) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismissal of this action with prejudice, and with each party to bear its own costs and fees.

Dated:  August 4, 2021

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:  */s/  Sian Jones*
SIAN JONES, D.C. Bar # 1024062
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2578
Fax: (202) 252-2599
Email: Sian.Jones@usdoj.gov

*Counsel for Defendant*

 _/s/ Michael E. Piston_

Michael E. Piston
38-08 Union St., Suite 9A
Flushing, NY 11354
Phone: 646-845-9895
Fax: 206-770-6350

*Counsel for Plaintiff*